

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00051-CV

**IN THE INTEREST OF B.A.S.** and B.J.S., Children

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 19-09-00242-CVK
Honorable Russell Wilson, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant is unable to afford payment of court costs; no costs are taxed in this appeal.

SIGNED May 3, 2022.

_____
Patricia O. Alvarez, Justice